UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DURONE JAMAL SANDERS,                    Case No.2:17-cv-10331

    Plaintiff,                                Hon. Victoria A. Roberts

v.

CITY OF DETROIT, et al,

    Defendants.
_____/

| **EXCOLO LAW, PLLC** | **CITY OF DETROIT LAW DEPT.** |
|---|---|
| SOLOMON RADNER (P73653) | GREGORY B. PADDISON (P75963) |
| Attorney for Plaintiffs | Attorney for Defendants |
| 26700 Lahser Road, Suite 401 | 2 Woodward Ave., Ste. 500 |
| Southfield, MI 48033 | Detroit, MI 48226 |
| (248) 291-9712 | (313) 237-0435 |
| sradner@excololaw.com | paddisong@detroitmi.gov |

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES**

    NOW COMES the Plaintiff, Durone Jamal Sanders, for his Response to Defendants' Motion to Compel Discovery Responses, and states as follows:

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

4. Admitted (with explanation). Since commencement of this action, there has been a significant breakdown of the attorney-client relationship between the Plaintiff and undersigned counsel in that Plaintiff has been completely unresponsive to all forms of attempted communications from undersigned counsel's office, including attempts made by telephone, e-mail and First-Class Mail.  Due to this breakdown of the attorney-client relationship, undersigned counsel will be moving to withdraw from the case immediately upon filing the instant response.

5. Admitted, with the same explanation stated above.

6. Admitted.

WHEREFORE, upon hearing hereof, the undersigned prays that this Court enter an order denying Defendants' Motion, or in the alternative, allowing for additional time for Plaintiff to respond to Defendants' discovery requests, for the reasons stated herein.

                    Respectfully submitted,

By: */s/ Solomon M. Radner*
     Solomon M. Radner (P73653)
     Attorney for Plaintiff

Dated:  November 16, 2017