UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DURONE J. SANDERS,

    Plaintiff,

v.                                                        Case No. 17-10331
                                                         Honorable Victoria A. Roberts
CITY OF DETROIT, ET AL.,

    Defendants.
_____/

## **ORDER OF DISMSISAL**

Defendants filed a Motion to Compel Plaintiff's Discovery Response. [Doc.27] The Court gave Plaintiff and his counsel an opportunity to participate in a telephone conference to resolve issues raised by the motion; Plaintiff did not respond to overtures by either defense counsel or the Court.

The Court then entered an Order [Doc. 29] directing Plaintiff to respond in writing to the motion or produce the requested discovery. Plaintiff had until November 20, 2017 to do one of the above.

On November 16, 2017, counsel for Plaintiff responded to the motion, admitting everything set forth in the motion to compel.

Additionally, Plaintiff's counsel provides the explanation that Plaintiff has been unresponsive to all forms of attempted communication by counsel, including attempts by telephone, email and first class mail.

The Court warned Plaintiff that he faced dismissal of his lawsuit if he unreasonably withheld the information requested by Defendants.

1

In light of: (1) Plaintiff's refusal to communicate with his attorney so that discovery responses can be prepared; (2) Plaintiff's unreasonable withholding of requested information; and (3) this Court's warning that he faced dismissal of his lawsuit, the Court **DISMISSES** his Complaint for failure to prosecute and for violating orders of the Court.

The motion to withdraw as counsel for Plaintiff is **MOOT**.

The motion to compel Plaintiff's discovery responses is **MOOT**.

**IT IS ORDERED**.

<u>S/Victoria A. Roberts</u>
Victoria A. Roberts
United States District Judge

Dated: 11/17/17